Per curiam.

Mary Kazeta, defendant in error, v. Sylvester Norman, plaintiff in error. Gen. No. 36,016.

Opinion filed February 21, 1933.
John A. Bloomingston, for plaintiff in error.   Murphy O. Tate and Eugene Cohen, for defendant in error.
Mr. Presiding Justice Scanlan delivered the opinion of the court.